---
No. 06-40814
---

BRIAN ASHLEY WHITFIELD

    Plaintiff - Appellant

v.

RAYNALDO CASTRO; ET AL

    Defendants

MARK DEARING, Sergeant, Michael Unit; JOHN JOHNSON; TIMOTHY MALLOY

    Defendants - Appellees

## ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 9th day of June, 2006, see FED. R. APP. P. 42(b).

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                      Chris P. Descant, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   JUN 0 9 2006

FORM 1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-40814



BRIAN ASHLEY WHITFIELD

        Plaintiff - Appellant

U.S. COURT OF APPEALS
FILED
JUN 5 2006
CHARLES R. FULBRUGE III
CLERK

v.

RAYNALDO CASTRO; ET AL

        Defendants

MARK DEARING, Sergeant, Michael Unit; JOHN JOHNSON; TIMOTHY MALLOY

        Defendants - Appellees

MOTION TO DISMISS APPEAL

Under the provisions of the 5ᵀᴴ CIR. R. 42.1, I hereby move to voluntarily dismiss the appeal in this case.

_____
(name of appellant)

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

June 9, 2006

Mr David Maland, Clerk
Eastern District of Texas, Tyler
United States District Court
211 W Ferugson
Room 106
Tyler, TX 75702

    No. 06-40814 Whitfield v. Dearing
    USDC No. 6:05-CV-231

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Chris P. Descant, Deputy Clerk
504-310-7704

cc: w/encl:
    Mr Brian Ashley Whitfield
    Ms Shanna Elizabeth Molinare

MDT-1